FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
7/29/2024
JEFFREY P. COLWELL, CLERK

Form **COL**

## Violation Warning
### Denial of Rights Under Color of Law

▶ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983

| Name and address of Citizen | Name and address of Notice Recipient |
|---|---|
| Breann Bailey Denver, CO 80202  1312 17th St #660 | See attached Statement of facts |

Citizen's statement:

See attached description of statement of facts

I certify that the forgoing information stated here is true and correct.

**Citizen's signature**

▶ _Breann Bailey_    | Date ▶ 7/29/2024

## Legal Notice and Warning

**Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.

18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.

42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning,** you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised** to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

**Notice of Service:**

I, _____ certify that I personally delivered this notice to above named recipient

and address on _____ at _____.

Public Domain—Privacy Form COL(01)

## Statement of facts for the violation in the color of law

Cases in question:

### 19PR1113 – 21CR43 – 21CR600

## Defendants that Violated my Rights:

Petitioners from case 19pr113, Mesa County Court/Mesa County 21st Judicial District, Judge Brian Flynn, Judge Lance Timbreza, Mesa County Detention Facility, Mesa County District Attorney's office, Mesa County Community Corrections, Mesa County Government, Matt Smith, Matt Lewis, Tod Rowell, Steve Chin, Michelle Cooley, Jill Calvert, Dani Knutt, Dan Rubenstein, Diya Rittan, Public Defender's Office, Arie Mielkus, Chris Mahre, Trish Mahre, Todd Starr with the County Attorney Office. Hand Law - AMY Hand (Petetioners attorney)

ALL arresting officers from 21CR43 and 21CR600

Detective from 21CR600 Zac McCollough

* COUNT 1: Legal Mail Theft – 18 US CODE 1708

Mesa County Community Corrections, Steve Chin, Michelle Cooley, Todd Rowell, Matt Lewis

* COUNT 2: Legal Malpractice-

Mesa County Public Defenders Office, Mesa County District Attorney's Office, Mesa County Court/21st Judicial District, Diya Rittan, Dan Rubenstein, Arie Mielkus, Chris Mahre (guardianship attorney I hired in case 19PR113), Trish Mahre (Wife of the attorney I hired in the guardianship case who works for prosecution office) Mesa County Attorney Todd Star

* COUNT 3: False Arrest:

Grand Junction Police Department, Mesa County Sheriffs Office, Zac McCollough (detective in case 21CR600) Matt Smith, Tod Rowell.
(Also, all arresting officers from cases 21CR43 and 21CR600 on an individual basis)

* COUNT 4: False Imprisonment:

Mesa County Court, Mesa County District Attorneys Office, Mesa County Detention Facility, Criminal Justice Department. Judge Brian Flynn, Matt Smith, Tod Rowell, Matt

Lewis, Mesa County attorney Todd Starr, Dan Rubenstein, Diya Rittan, Mesa County Government, Mesa County Public Defender's Office, Arie Mielkus

- COUNT 5: Freedom of Speech 1st Amendment:

Mesa County Court/21st Judicial District, Judge Brian Flynn

- COUNT 6: Right to due process:

Mesa County Court/ 21st Judicial District, Judge Brian Flynn

- COUNT 7: The Enumeration of the Constitution:

Mesa County Court/21st Judicial District, Judge Brian Flynn
Every Mesa County Public Official involved in any my cases 19PR113- 21CR43- 21CR600 are all involved in the violation of this right on a personal basis.

- COUNT 8: Excessive Bail:

Mesa County Court/ Mesa County 21st Judicial District, Judge Brian Flynn

- COUNT 9: Rights of The People:
  ALL DEFENDANTS

- COUNT 10: Fraud in the Court:
  ALL DEFENDANTS

- COUNT 11: Conflict Of Interest and Impartiality: 18 USC 208

The Petitioners from 19PR113, Mesa County Detention Facility, Mesa County Court, Judge Brian Flynn, Judge Lance Timbreza, Mesa County Community Corrections, GJPD, MCSO, Dani Knutt, Chris Mahre, Trish Mahre, Mesa County DA's Office, Mesa County Public Defender's Office

- COUNT 12: Official Misconduct: 18-8-404
  ALL DEFENDANTS

Mesa County CPS, Mesa County Court/ 21st Judicial District, Mesa County District Attorney, Mesa County Sheriff, Grand Junction Police Department, Mesa County Government, Mesa County Attorney, Mesa County Community Corrections, Mesa County Detention Facility.

- COUNT 13: Interference With Custody and Parental Alienation

Petitioners from case 19PR113, Mesa County CPS, Mesa County Court and 21st Judicial District, Dani Knutt, Jill Calvert, Judge Lance Timbreza, Original counselor that was ordered by the judge for supervised parenting time from case 19PR113

- COUNT 14: Corruption and abuse: physical and emotional

  All DEFENDANTS

*Breann Bailey*

7/29/2024

Breann Bailey
Contact:

1312 17th St #660
Denver, CO 80202

You may speak to David Zalavetta or Robert Haycock about matters in this complaint when I feel safe and the fraudulent warrant voided, I will update my contact info

(970) 440-7077
or
(970) 404-7077

DISTRICT COURT OF COLORADO under the Color of Law, and the Deprivation to my rights under 18 USC 241 and 242 to ensure that my rights are not violated by Mesa County 21st Judicial District or any Mesa County governing agency and Mesa County again. So I do not acknowledge the active warrant that will be potentially used to disparage me of my rights by the same individuals again. Any harassment or violation to my right to be free in the attempt to arrest me on this false warrant, will be treated as a separate Civil Complaint brought to the US DISTRICT COURT for violation of my rights by Mesa County Court again. Mesa County Community Corrections violated my right to Free Speech and my right to Petition the government to challenge my case(s). The prohibiting of free exercise thereof has caused the government in Mesa County to become destructive and violate the public confidence in the rule of law.

1. On October 1, 2021 during sentencing the District Attorney, Diya Rittan, provided false information to the court in a way that was manipulative to attempt to make it appear as though I lied, when really it was the prosecution not being transparent and honest. Diya Rittan used this as a tool to disparage my rights and receive personal gain in the sentencing. During the re-sentencing hearing the court just wasted my time and had an appearance that did absolutely nothing to make a legal right or defend my rights to fairness and honesty in the courtroom. I was denied that by the 21st Judicial District. a clear demonstration of the length of the legal wrong to have a case success at the cost of The People. Ben Coon of New Castle, Colorado address 222 Blackhawk Dr and phone number (970) 618-8356 is an unknown individual who was also subject to the incompetency and legal wrong by Diya Rittan by having his personal life, situation and a domestic violence case used in the closing sentencing argument to persuade the judge in favor for sentencing, which the Mesa County District Attorney's office is liable for the wrongdoing to myself Breann Bailey, and Mr. Ben Coon of New Castle. The lack of the ability to separate an unknown individual shows a very incompetent representation of the color of law, and has violated the confidence in The Rule of Law. This is a violation to the Rules Of Professional Responsibility, and this is willing and knowing misconduct, as Diya Rittan, actually did interview the correct Benjamin Coon during the discovery process, This is the presence of deceit based on fraud as defined by Chapter 19  19:1 False representation, 19:14-19:15- Statements of law as false representation, and statements of opinion as false representation. The involved district attorney Diya Rittan, The Deputy District Attorney, and The Mesa County District Attorney's office as an entity are all liable by the violation in the color of law for the deprivation of my rights for fairness, equality, and the Rights of the accused were violated with the false representation and deceit based on fraud. One of the excessive charges was a deprivation to my rights and the deprivation to the rights of my child when my child sent a text message to my niece, to my sister's daughter, Madisyn McGuire about inappropriate sexual contact by her uncle during the ongoing case of guardianship while in the care of her guardians. The detective for the GJDP assigned, the police department involved, CPS and all of the public servants involved have FAILED my daughter and I, The covering up of the report that would be concerning one of their "own" is an act of Official Misconduct as defined 18-8-404 for the failure to perform legal obligations. I was not committing a criminal act by reporting for the safety of my child. The violation of the trust in the professionals in position to uphold the law is

going to have long term effects on the ability to ever restore the trust in law, or those who are in the position to uphold the law.

- Breann Bailey identifies the rights that are granted to the individual- sacred from interference: The right to his LIFE; the right to his LIBERTY; and the right to his PROPERTY. As stated in the Declaration of Independence, we are endowed by our creator with certain Unalienable Rights. Life, Liberty, and the Pursuit of Happiness. The Bill of Rights was added to the Constitution to avoid misconstruction of the provisions of the Constitution of The United States of America by judges and to avoid an abuse of powers that were inadvertently taken from me or disparaged throughout the court proceedings. The people are the rightful masters of both Congress and the Courts. Not to overthrow the Constitution, but to overthrow the men who pervert the Constitution.

  Provided the appearance of <u>conflicting and impartiality as defined in 18 US 208 in United States Code and Conflict of Interest as defined CRS 31-25-819 in Colorado Revised Statutes: I exercise my 14th</u> Amendment right for "Personal Jurisdiction" to separate myself of the dictatorship attempt to disparage my rights and control my life with the demonstration of **Equity Jurisdiction**, control, and dictatorship the violation of my rights had led to a intended assignation of my personal rights and freedoms by those of this court who took an oath to protect them.

  The appearance of conflicting and impartiality comes from both petitioners from the case (s) acting and working as public servants under the color of law, working in contract with Mesa County, providing the appearance of conflict of interest and official misconduct. Which has led me to challenge my case(s) that contain that interference and deceit based on fraud by the 21st Judicial District, Mesa County.

  2. Case 19PR113: The judge, presiding over and making decisions on my case, Lance Timbreza was in the process of being removed from his position as a judicial officer of the court and was involved in an investigation, by Colorado Judicial Commission, which demonstrates a clear lack of credibility on the fair and equal orders that had been made by this judge in this case. In that I Breann Bailey now challenge.

  3. The protection order that was filed against me along with case 19PR113, is a deprivation of my right and had the *Mesa County Detention Facility* listed as a place to restrict me from. After violating my First Amendment, freedom of speech and my right to petition the government my grievances, I was wrongfully convicted of crimes using the violation of a protection order that was not violated on the grounds of contacting, harassment, stalking, injuring, threatening, touching, or sexual abuse. The protected rights of the 1st Amendment are still granted to me by the Constitution of The United States of America, and the criminal procedure was developed and manipulated from a civil matter. I also argue my natural born rights and my human rights which were also significantly disregarded by this court in all three of these proceedings. The alleged victims, both, are employees of the judicial district as contract employees where there is an appearance of personal gain at my disparagement at the time which I feel was used to directly violate me of my rights. This provides a clear demonstration of the legal wrong done to me by this court and the deliberate indifference that I experienced as a result of Mesa County 21st Judicial District to allow a case that would have any kind of appearance of conflict of interest. The court had a duty to change venue which I

instruct my ineffective legal representation that was provided by Mesa County 21st Judicial District through the Public Defender's office. The Public Defender's Office, and Arie Mielkus who was assigned to the criminal cases by Mesa County court are liable for -19:1 False Representation and 19:14-19:15- Statements of law as false representation, and statements of opinion as false representation. The inability to offer the service of defense against the oppressive equity as her professional and legal obligation from the duty imposed by law and sworn on oath to protect, will receive the civil liability for the failure to meet obligation and the use of position to maliciously cause harm to another. Arie Mielkus filed a motion for competency which further violated my rights in the due process of the courts

4. Case 21CR43 is a false arrest and false imprisonment providing a deprivation of my rights and a legal indifference of making a civil issue a criminal matter by the violation of the public confidence in rule of law for the 21st judicial district. The court has a duty to protect my rights and not provide the appearance of biased judgements or ruling. A change of venue is mandatory in cases that provide the appearance of impartiality, and all public servants involved have violated my rights by not performing their legal and professional obligations to ensure fairness and transparency in the court, and the disrespect for the color of law. The court and ALL PUBLIC SERVANTS INVOLVED IN MY CASES failed to provide that, I hold them liable for the conduct to present the varied scenarios that demonstrate a violation of trust of the public. I was arrested for exercising my 1st Amendment right to Petition the Government for a redress of grievances, a right that was violated by the Deprivation of my Rights by those who have sworn the duty to protect them. I hold GJPD all individual arresting officers, and directors of department liable for the unlawful acts of the public servants who acted and conducted themselves unlawful under the color of law. The parties involved knowingly acted unlawful in the deprivation of my rights through abuse, intimidation, knowing that I was acting lawful and through instincts provided to me by God to protect my child. I was kidnapped from my life and my children.

5. Case 21CR600 is a deprivation of my rights by violating my 1st Amendment Freedom of Speech, it is my right to petition the government for a redress of grievances without the fear of retaliation by an oppressive government. The arrest on this case demonstrates a violation under the Color of Law, and the Deprivation to my rights under 18 USC 241 and 242.

   Prosecutions multiple counts for the same act, and I challenge the grounds of the case brought against me that a crime did in fact exist. I argue my natural parental right to do whatever it is I need to do to protect my child. The 21st Judicial District violated my human rights and the Constitutional rights of my family for making a civil issue a criminal matter and the impartial biased and favoring of the parties who had the direct connection and involvement with personal/employment relationships of the court. I challenge the jurisdiction of the court over my person as there is the appearance of Official Misconduct as defined CRS 18-8-404. There is a clear indifference and, throughout this whole process, since the filing of case 19PR113.
   I was subject to the cruel and unusual punishment of the court as defined in the 8th Amendment of the Constitution because of the indifference of the other parties

involved in these case(s). I spent over six months in the detention facility that is listed on the protection order that I was accused of being in violation of. A majority of that time was quarantined and only allowed a total of 3 hours out per day, which is a huge human right violation. I spent three months over two calendar years in Mesa County Community Corrections, with about five weeks of that being quarantined and not leaving the building at any time.

<u>Patterns of misconduct to align with my argument of Deprivation of Rights include:</u>

- Judge Lance Timbreza: The judge assigned to my original guardianship case was removed from the bench by the Judicial Commission, which demonstrates an incompetent court standard to my case directly. Upon my research, I found out Lance Timbreza resigned in September of 2022 for inappropriate behavior, abusing judicial office to advance personal interests, creating the appearance of conflict of interest. I challenge the credibility of a judge who has an investigation with a case 2019CO98. For a DUI and inappropriate sexual contact. The Mesa County 21st Judicial district court had the obligation of Non-Disclosure of the findings in the investigation of the Judicial Commission as it directly relates to the outcome of three case(s). And the fact that there was this investigation, and the resignation of a position of public service would have changed the outcome of my criminal cases in this district court. The false representation of law has violated my rights to the due process I am granted by The Constitution. There is a pattern of misconduct with the history of this conduct that is documented and has already received the disciplinary sanctions for, so there is a pattern essentially involving all his cases of misconduct in some form.

- Judge Brian James Flynn: Received civil liability for the unlawful jailing of two separate individuals within the same timeframe as the criminal cases brought before me, which leads me to identify the same failure to perform legal duties as assigned by the powers of the people and the Unenumerated Rights as defined by the Constitution. 18CR406 and 19CA1773 . Judge Flynn has displayed a pattern of behavior in which I identify as the third case of unlawful jailing by this judge. In my case based on Offiicial Misconduct by the appearance of Conflict of Interest. Judge Brian Flynn failed to perform legal obligations by reviewing all aspects and both sides of the case(s) brought into his courtroom. Brian Flynn failed to protect my child from people who were put in a position of trust by the court, with the message of concern sent by my child, that I received CRIMINAL PENALTIES FOR. I was charged with would be: Attempting to Influence a Public Servant, but this charge is based on fraud, because further investigation will prove it was Zeanna, my child, who sent the message, I did not attempt to influence through means of deceit, that, in fact, I was within exercising of my Constitutional rights and was acting within the scope of law. Protection orders are not to be used for protection for abusers to disparage the Constitutional rights of other individuals as a party to the protection order to report their acts of misconduct, and it is a deprivation of my rights to charge me criminally without a direct violation to the law.

- Diya Rittan: Prosecution in my criminal case(s) 21CR43 and 21CR60 . The representative of the court, engaging in Prosecutorial Misconduct,  knowingly provided false information to the court in sentencing argument that is a clear demonstration of the length of the legal wrong to have a case success at the cost of The People. Ben Coon of New Castle, Colorado address 222 Blackhawk Dr and phone number (970) 618-8356 is an unknown individual who was also subject

to the incompetency and legal wrong by Diya Rittan by having his personal life, situation and a domestic violation argument used in my case during sentencing to make it appear he was the man I am with. This is a very incompetent representation of the court, shows the failure to perform legal duty, and violation of public trust in the color of law. The conduct of the District Attorney assigned to my case shows a deliberate deprivation to my rights,

- Mesa County Community Corrections was where I was sentenced to serve four year sentence handed down by Judge Brian Flynn.
  On or around November 2022, I prepared a 35 (c) and sent my Petition to the Supreme Court with a certified return receipt. The address of return was the address of Mesa County Community Corrections. Once the Supreme Court received my petition, there were some filing or procedural modifications to be made before filing. The Supreme Court then informed me they returned the packet to the address provided for that correction, but Community Corrections stole my legal mail from the Supreme Court. Each time I would present this issue to administration, I would be ignored, or was subject to harassment by staff for bringing it up as a form of retaliation for attempting to exercise my personal rights. The deprivation of rights is nepotism wonton, and my rights to challenge my conviction were directly violated.

- The Petitioner (s) and/or witness involved in the original guardianship case which is 19PR113; in acts of Interfering with child custody as defined 25 CFR 11.405. Provided the absence of parental rights, the acts are conclusive of the finding of stalking, harassment, official misconduct, among many other professional and ethical acts of misconduct. The evidence of misuse of CPS which was used as a tool for crimes against my family, the proprietary evidence of this misconduct is dated back to around 2012 *or 2014 but it's documented Mesa County CPS it was the Petitioners* in Mesa County CPS records that was used to harass me and my family for petty complaints, shows the intent of the interference of child custody dating back to that original CPS report, the coercion of my child since that period of time by the petitioners to potentially gain custody of my child in the future. They do not possess any legal right or authority to engage in any of the offenses against the family as defined in the Penal Code Chapter 25.
  One petitioner was a conflict of interest in a separate custody case 18DR549 after being a witness who received a subpoena to appear in court on my behalf, directly assisted the other party in gaining custody after providing testimony during temporary orders that would fit the Rule 608 for the witness character for truth, or the lack of truthfulness and integrity as it applies to my individual rights. The use of a professional position to maliciously cause harm to another, refrains from the duty imposed by law as a professional counselor, and a private investigator/process server.  A manipulative counselor is a dangerous person.
  The definition of the misuse of position as defined in: 5 CFR 2635. The petitioners of guardianship case 19PR113 received monetary gain through child support, tax credits, and the possibility of other County programs to receive potential gains that would not have otherwise been legally entitled to. My child, now is afraid to report if anyone violates her in any way, and she has made it clear to me the fear she experiences with me sharing this information and continuing to fight this oppressive equity and corrupt county. The petitioners have used their professions to harass and stalk me for a number of years either personally or using resources through their employment much like the demonstration of violating my freedom and liberty has been in these case(s).

Not only was my child kept away and isolated from me, her mother, but also my child was isolated from my family, which the guardians by fraud don't have the legal authority to do. Messages from the petitioner in 19PR113 that were between the account Guiniverre Klykenhopper and Ben Coon, provided evidence of concern where there was a mention of the thought of "purchasing my child from me". The official misconduct as to this conduct is alarming to the use of position to maliciously cause harm to another. The effects of the conduct of these individuals has caused lasting distress and the intent to create fear and control through intimidation of the improper uses of law enforcement and legal system used to disparage my rights. The unlawful incarceration of my person for matters in which a crime was not committed, but crimes were committed against me and my family, is evidence of the abuse I have received over the years by the absent paternal father's parents, in the attempt to abuse their positions that consist of power in society, which was used to be destructive to the rights of others.

- I request the review and federal investigation of the initial complaint and text message sent by my daughter saying her uncle inappropriately touched her in a manner that violated her, that she is too scared to speak up about.
- I request the review of Professional Conduct and Ethics of Each Defendant and Department of Government in Mesa County mentioned. I want to ensure this never happens to anyone else ever again. I have been abused and terrorized by all of these individuals who are supposed to be in positions to help me if I needed them to protect my rights. They used their positions to violate me and then make me appear crazy. I want the maximum punishment to all!

I also request the investigation into prior relationship with Petitioners and David Tassler before dating, I question if David Tassler was a paid position to conspire to steal my child. I feel like it's a big possibility he is for hire, and worked for them, but Im not sure.
If the findings are found, I want him added as a defendant.

7/29/2024    Breann Bailey